SIEGAL & NAPIERKOWSKI
Martin F. Siegal (MS 2208)
533 Fellowship Road, Suite 120
Mt. Laurel, New Jersey 08054
(856) 856-8900

– and –

O'MELVENY & MYERS LLP
Tancred V. Schiavoni (TVS 8986)
Barbara M. Almeida (BMA 7239)
Times Square Tower
7 Times Square
New York, New York 10036
(212) 326-2000

*Attorneys for Century Indemnity Company, ACE American Insurance Company, and ACE Property and Casualty Insurance Company*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>CONGOLEUM CORPORATION, CONGOLEUM SALES, INC. and CONGOLEUM FISCAL, INC.,<br><br>Debtors. | Chapter 11<br><br>Case No. 03-51524 (KCF)<br><br>Jointly Administered |

**NOTICE OF APPEAL**

Notice is hereby given that Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America; ACE American Insurance Company, formerly known as CIGNA Insurance Company; and ACE Property and Casualty Insurance Company, formerly known as CIGNA Property and Casualty Insurance Company, by their attorneys, appeal to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §158(a), from the Bankruptcy Court's May 8, 2006 "Order Clarifying Order

Denying Motion to Appoint an Examiner Entered On April 11, 2006" (Dkt. No. 4029) and from the Bankruptcy Court's April 11, 2006 "Order Denying Motion to Appoint an Examiner" (Dkt. No. 3899) (collectively, the "Order").

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are listed on Schedule A annexed hereto and incorporated herein by reference.

Dated: May 9, 2006
       New York, New York

By:  /s/ Barbara M. Almeida
      Barbara M. Almeida (BMA 7239)

Tancred V. Schiavoni (TVS 8986)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
(212) 326-2000
balmeida@omm.com

–and–

Martin F. Siegal (MS 2208)
SIEGAL & NAPIERKOWSKI
533 Fellowship Road, Suite 120
Mt. Laurel, New Jersey 08054
(856) 856-8900

*Attorneys for Century Indemnity Company,*
*ACE American Insurance Company, and*
*ACE Property and Casualty Insurance Company*

**Schedule A**

| | |
|---|---|
| Richard Epling, Esq.<br>Kerry Brennan, Esq.<br>Leo Crowley, Esq.<br>Pillsbury Winthrop LLP<br>1500 Broadway<br>New York, NY 10036<br>**Counsel to the Debtor** | Anthony Sodono, III, Esq.<br>United States Trustee's Office<br>One Newark Center, Ste 2100<br>Newark, NJ 07102<br>**U.S. Trustee** |
| Gregory S. Kinoian, Esq,<br>James DeLuca, Esq.<br>Paul Hollander, Esq.<br>Okin Hollander & DeLuca, LLP<br>One Parker Plaza<br>Fort Lee, NJ 07024<br>**Counsel to the Debtor** | Jonathan N. Helfat, Esq.<br>Otterbourg, Steindler, Houston & Rosen<br>230 Park Avenue, 29th Floor<br>New York, NY 10169-0075<br>**Counsel to Congress Financial Corp.** |
| Bette Orr, Esq.<br>Gilbert, Heintz & Randolph LLP<br>1100 New York Avenue, N.W., Suite 700<br>Washington, DC 20005-3987<br>**Special Insurance Counsel to Debtor** | Joseph H. Lemkin, Esq.<br>William S. Katchen, Esq.<br>Duane Morris LLP<br>744 Broad Street, Suite 1200<br>Newark, NJ 07102-3889<br>**Counsel to Congress Financial Corp.** |
| Matthew Ward, Esq.<br>Mark S. Chehi, Esq.<br>Christopher S. Chow, Esq.<br>Matthew P. Ward, Esq.<br>Skadden Arps Slate Meagher & Flom<br>One Rodney Square<br>Wilmington, DE 19801<br>**Counsel to American Biltrite Inc.** | Nancy Isaacson, Esq.<br>Goldstein, Lem & Isaacson, P.C.<br>100 Morris Avenue<br>Springfield, NJ 07081<br>**Counsel for Official Unsecured Asbestos Claimants Committee** |
| Louis A. Goodman, Esq.<br>Vern Larkin, Esq.<br>Skadden Arps Slate Meagher & Flom<br>One Beacon Street<br>Boston, MA 02108-3194<br>**Counsel to American Biltrite Inc.** | R. Scott Williams, Esq.<br>Haskell Slaughter Young & Rediker, LLC<br>2001 Park Place North, Ste. 1400<br>Birmingham, AL 35203<br>**Future Claimants Representative** |
| Alexandra Margolis, Esq.<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036-6522<br>**Counsel to American Biltrite Inc.** | Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Jonathan P. Guy, Esq.<br>Swidler Berlin Shereff Friedman, LLP<br>3000 K Street, N.W. Suite 300<br>Washington, DC 20007-5116<br>**Counsel for the Future Claimants Representative** |

Stephen B. Ravin, Esq.
Bruce J. Wisotsky, Esq.
Ravin Greenberg PC
101 Eisenhower Parkway
Roseland, NJ 07068
**Counsel for the Future Claimants Representative**

Elihu Inselbuck, Esq.
Ronald Reinsel, Esq.
Rita Tobin, Esq
Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
**Counsel to Asbestos Personal Injury Claimants Committee**

Perry Weitz, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
**Prepetion Claimants' Representative**

Joseph F. Rice, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
**Prepetition Claimants Representative**

Steven Kazan, Esq.
Kazan, McClain, Edises, Abrams,
Fernandez, Lyons & Farrise
A Professional Law Corp.
171 Twelfth St., Suite 300
Oakland, CA 94607
**Counsel to Certain Asbestos Personal Injury Claimants**

Russell W. Budd, Esq.
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
**Counsel to Certain Asbestos Personal Injury Claimants**

Robert G. Taylor II, Esq.
Robert G. Taylor II PC
One Allen Center
3400 Penthouse
500 Dallas Street
Houston TX 77002
**Counsel to Certain Asbestos Claimants**

Randall A. Rios, Esq.
Floyd Jones Rios Wahrlich PC
Bank of America Center
700 Louisiana, 46th Floor
Houston, TX 77002
**Counsel to Certain Asbestos Claimants**

Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945
**Counsel to Certain Asbestos Claimants**

Bryan O. Blevins, Jr., Esq.
Provost & Umphrey Law Firm, LLP
490 Park Street
P.O. Box 4905
Beaumont, TX 77704
**Counsel to Certain Asbestos Claimants**

Joseph D. Pope, Esq.
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY 10019
**Counsel to Certain Asbestos Claimants**

Barry W. Frost, Esq.
Teich Groh
691 State Highway 33
Trenton, NJ 08619
**Counsel to Certain Asbestos Claimants**

Robert W. Phillips
SimmonsCooper LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024
**Counsel to Certain Asbestos Claimants**

Matthew Bergman, Esq.
Bergman, Senn, Pageler & Frocki
17530 Vashon Highway SW
P.O. Box 2010
Vashon, WA 98070
**Counsel to Certain Asbestos**
**Personal Injury Claimants**

Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge NJ 07095-0958
**Counsel to Numerous Individuals**
**Holding Asbestos-Related**
**Personal Injury/Wrongful Death Claims**

John R. Ashmead, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
**Counsel for Employers**
**Insurance of Wausau**

Craig M. Freedman, Esq.
Schwartz Simon Edelstein Celso
and Kessler LLP
10 James Street
Florham Park, NJ 07932
**Counsel for Employers**
**Insurance of Wausau**

John J. Dillon, Esq.
Hamilton Altman Canale & Dillon LLC
6400 East West Highway, Suite 201
Bethesda, MD 20814
**Counsel for Employers**
**Insurance of Wausau**

Joanne B. Wills, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Ste 1000
Wilmington, DE 19801
**Counsel to First State Insurance Co.**
**& Twin City Fire Insurance Co.**

Mark D. Plevin, Esq.
Robert T. Ebert, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington DC 20004
**Counsel to OneBeacon America**
**Insurance Company, Seaton Insurance**
**Company, Stonewall Insurance Co.**

Duane D. Morse, Esq.
Nancy Manzer, Esq.
Wilmer Cutler Pickering Hale and Dorr LP
1600 Tysons Boulevard, 10th Floor
Tysons Corner, VA 22102
**Counsel to First State Insurance Co.**
**& Twin City Fire Insurance Co**.

Mary K. Warren, Esq.
R. Paul Wickes, Esq.
Brenda D. DiLuigi, Esq.
Ivan Morales, Esq.
Linklaters
1345 Avenue of the Americas
New York, NY 10105
**Counsel to London Market Insurers**

Henry M. Price, Esq.
Louis A. Modugno, Esq.
McElroy Deutsch & Mulvaney
1300 Mount Kemble Avenue
PO Box 2075
Morristown, NJ 07962-2075
**Counsel to Old Republic Insurance Co.**

Edward A. Cohen, Esq.
Dena Economou, Esq.
Karbal Cohen Economou Silk Dunne
200 S. Michigan, Ste 2100
Chicago, IL 60604
**Counsel to Old Republic Insurance Co.**

Edgar M. Whiting, Esq.
Stefano V. Calogero, Esq.
Donna Lavista Schwartz, Esq.
Cuyler Burk LLP
Four Century Drive
Parsippany NJ 07054
**Counsel to St. Paul Fire
& Marine Insurance**

Philip D. Anker, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
**Counsel to First State Insurance Co.
& Twin City Fire Insurance Co.**

Carol Ann Slocum, Esq.
Klehr Harrison Harvey Branzburg & Ellers
457 Haddonfield Road, Ste 510
Cherry Hill, NJ 08002
**Counsel to First State Insurance Co.
& Twin City Fire Insurance Co.**

Arthur J. Abramowitz, Esq.
Cozen O'Connor
Liberty View, Ste 300
457 Haddonfield Road
Cherry Hill, NJ 08002
**Counsel to Federal Insurance Company**

John S. Favate, Esq.
Hardin Kundla McKeon Poletto & Polifroni
673 Morris Avenue
PO Box 730
Springfield NJ 07081-0730
**Counsel to Stonewall Ins. Company,
Counsel to Transport Insurance
Company, One Beacon America Ins.
Company and Seaton Ins. Company**

Francis P. Maneri, Esq.
Scott J. Freedman, Esq.
Dilworth Paxson LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002
**Counsel to Westport Insurance Co.**

Lynn K. Neuner, Esq.
Simpson Thacher & Barlett
425 Lexington Avenue
New York, NY 10017
**Counsel to Travelers Insurance Co.,
The Travelers Indemnity Co., and
Travelers Casualty and Surety Co.**

Daren McNally, Esq.
Stephen V. Falanga, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
**Counsel to Travelers Insurance Co.,
The Travelers Indemnity Co., and
Travelers Casualty and Surety Co.**

Wendy L. Mager, Esq.
Smith Stratton Wise Heher & Brennan LLP
2 Research Way
Princeton, NJ 08540
**Counsel to American Reinsurance Co.,
and Mutual Marine Office Inc. and
General Agent to Employers Mutual
Casualty Co.**

Henry M. Price, Esq.
Kevin T. Coughlin, Esq.
McElroy Deutsch & Mulvaney
1300 Mount Kemble Avenue
Morristown, NJ 07962
**Counsel to Continental Casualty Co.
and Continental Insurance Co. ("CNA")**

John R. Gerstein, Esq.
Charles Hadden, Esq.
Sheila R. Caudle, Esq.
Ross Dixon & Bell LLP
2001 K Street NW
Washington DC 20006
**Counsel to Continental Casualty Co.
and Continental Insurance Co. ("CNA")**

4

Lewis S. Rosenbloom, Esq.
David C. Christian II, Esq.
Jason A. DeJonker, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
**Counsel to Continental Casualty Co. and Continental Insurance Co. ("CNA")**

David P. McClain, Esq.
Daniel F. Patchin, Esq.
Jennifer M. Graff, Esq.
McClain Leppert & Maney PC
711 Louisiana, Suite 3100
South Tower, Pennzoil Place
Houston, TX 77002
**Counsel to Mt. McKinley Insurance Co. f/k/a Gibralter Insurance Co.**

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606
**Counsel to Liberty Mutual Insurance Co.**

Andrew P. Lederman, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas, 25th Floor
New York, NY 10020
**Counsel to Liberty Mutual Insurance Co.**

Mark M. Tallmadge, Esq.
George R. Hirsch, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham, NJ 07932
**New Jersey Property-Liability Ins. Guaranty Association and New Jersey Surplus Lines Insurance Guaranty Fund**

William T. Marshall, Jr. Esq.
Philip S. Rosen, Esq.
Zeichner, Ellman & Krause LLP
103 Eisenhower Parkway
Roseland, NJ 07068
**Creditors Granite State Insurance Company, American Home Assurance Company, National Union Fire Insurance Company of Pittsburgh, PA and AIU Insurance Company ("Granite State, et al.")**

Marianne Gaul, Esq.
Kevin M. Haas, Esq.
Cozen & O'Connor
One Newark Center, Suite 1900
Newark, NJ 07102
**Counsel for Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Casualty Company**

John Dwyer, Esq.
William P. Shelley, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
**Counsel for Everest Reinsurance Company f/k/a Prudential Reinsurance Company and Mt. McKinley Insurance Company f/k/a Gibraltar Casualty Company**

Shawn L. Kelly, Esq.
Mary Ellen Scalera, Esq.
Riker Danzig Scherer Hyland Perretti, LLP
Headquarters Plaza – One Speedwell Avenue
PO Box 1981
Morristown, NJ 07962-1981
**Counsel to TIG Insurance Company**

5

George R. Calhoun, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
**Counsel for St. Paul Fire & Marine Ins. Co. Counsel to TIG Insurance Company**

**Counsel to First State Insurance Company and Twin City Fire Insurance Company**
James P. Ruggeri, Esq.
Edward B. Parks, II, Esq.
Kathleen P. Tanner, Esq.
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

**Counsel to Certain London Market Insurance Companies**
**Certain Underwriters of Lloyds, London**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Cole Schotz, Meisel, Forman & Leonard
25 Main Street
Hackensack, NJ 0760

**Counsel to Marsh USA**
Stuart J. Freedman, Esq.
Martha an. Donovan, Esq.
Norris, McLaughlin & Marcus
721 Route 202-206, PO Box 1018
Somerville, NJ 08876-1018

**Counsel to Aon Corporation**
Richard M. Mandel, Esq.
Leslie A. Santora, Esq.
O'Brien Liotta Mandel & Kupfer LLP
Liberty Hall Corporate Center
1085 Morris Avenue
PO Box 3180
Union, NJ 07083-1980

**Counsel to Protective National Insurance Company of Omaha**
Sheldon Karaski, Esq.
Karaski & Einbinder LLP
28 West 26th Street – Suite 901
New York, NY 10018

**Counsel to Microsoft Corporation**
John R. Knapp, Jr., Esq.
Cairncross & Hempelmann, PS
524 2nd Avenue, Suite 500
Seattle, WA 98104-2323

**Counsel for the Teamsters Pension Fund of Philadelphia & Vicinity and Teamsters Health and Welfare Fund of Philadelphia and Vicinity**
John C. Kilgannon, Esq.
Stevens & Lee, PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103-7954

**Counsel for Wachovia Bank, N.A.**
Jeffrey M. Rosenthal, Esq.
Greenberg Traurig, LLP
200 Campus Drive
Florham Park, NJ 07932-0677

**Counsel for Wachovia Bank, N.A.**
Wachovia Bank, N.A., as Indenture Trustee
c/o Richard Frimmer, Esquire
Greenberg Traurig, LLP
Two Commerce Square, Suite 2700
2001 Market Street
Philadelphia, PA 19103

**Counsel for Canon Financial Services, Inc.**
Andrew Sklar, Esq.
Sklar & Paul PC
701 White Horse Road, Suite 5
Voorhees, NJ 08043

**Counsel to Gilbert Heintz & Randolph, LLP; Kenesis Group LLC and Clearinghouse LLC**
Mark D. Knoll, Esq.
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

**Counsel to Maxus Energy Corp. and Tierra Solutions, Inc. for itself and Occidental Chemical Corp.**
Monica S. Blacker, Esq.
Mike S. Coffman, Esq.
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

**Counsel for William B. Carpenter, Sr. and Shirley Carpenter**
Timothy P. Duggan, Esq.
Stark & Stark
993 Lenox Drive
Princeton, NJ 08543

**Counsel to Xerographic Document Solutions, Inc.**
Richard D. Fornaro, Esq.
Kusnirik & Fornaro
365 White Horse Avenue
Hamilton, NJ 08610-1423

**CIBC World Markets Corp.**
Stacey L. Meisel, Esq.
Becker Meisel LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039

**Unsecured Creditor**
Ferro Corporation
Attn: Claudine Harvey
7061 E. Pleasant Valley Rd.
Independence, OH 44131-5543

**Unsecured Creditor**
Noveon, Inc.
Attn: Tracy Grim
911 Brecksville Road
Brecksville, IL 44141

**Unsecured Creditor**
CMH Flooring Products Inc.
Attn: Sherry Poe
Highway 74 West
Wadesboro, NC 28170

**Unsecured Creditor**
Occidental Chem. Corp. (PLT)
Attn: Barbara Greer
5005 LBJ Freeway
Dallas, TX 75244

**Unsecured Creditor**
Engineering America, Inc.
Attn Ron Gottried
2875 N.E. 191st Street, Ste. 704
Aventura, FL 33180

**Unsecured Creditor**
Mohawk Factoring, Inc.
Attn: Anita Stoner
2001 Antoch Road
Dalton, GA 30720

**Unsecured Creditor**
M. Stephen Smith, Esq.
Rumberger, Kirk & Caldwell
Brickell Bayview Centre, Ste. 3000
80 Southwest, 8th Street
Miami, FL 33130

**Unsecured Creditor**
Lockwood's Electric Motor
Attn: Mike McGee
2239 Nottingham Way
Trenton, NJ 08619

**Unsecured Creditor**
Mapei Corporation
Attn: Bruno Boulanger
2900 Francis Hughes
Laval, Quebec, Canada H7L3J5

**Unsecured Creditor**
Midland Products
Attn: John Rothjean
18600 Graphics Court
Tinley Park, IL 60477

**Unsecured Creditor**
Micro Solutions Plus, Inc.
Attn: Sean Galloway
120 Bethlehem Pike
Colmar, PA 18915

**Unsecured Creditor**
Albany Intl-Appleton Wire
Attn: Dave Davin
435 6th Street
Menasha, WI 54952

**Unsecured Creditor**
AGI Schultz Merchandising, Inc.
Attn: Joyce Sexton
376 Pine Street Ext.
Forest City, NC 28043

**Unsecured Creditor**
Lenape Industries, Inc.
Attn: Art Fletcher
120 Old Camplain Road
Hillsborough, NJ 08876

**Unsecured Creditor**
Exxon Chemical Americas
Attn: Leslie Carrier
13501 Katy Freeway
Houston, TX 77079

**Unsecured Creditor**
Air Products & Chemicals, Inc.
Attn: Tom Jacob (A6313)
7201 Hamilton Blvd.
Allentown, PA 18195

**Unsecured Creditor**
Mid-Atlantic Storage Systems, Inc.
Attn.: Jeff Eldridge
1551 Robinson Road
Washington Ct. House, OH 43160

**Unsecured Creditor**
BGE Commercial Building Systems
Attn: Chief Operating Officer
111 Market Place, Suite 700
Baltimore, MD 21202

**Secured Creditor**
Illinois Dept of Revenue
Attn: General Counsel
101 West Jefferson Street
Springfield, IL 62702-9035

**Counsel to IBM Credit LLC**
Patricia Grauert, Esq.
Special Handling Group-MD NC317
IBM Credit LLC
North Castle Drive
Armonk, NY 10504

**IBM Credit LLC**
General Counsel
IBM Credit LLC
One Orchard Rd
Armonk, NY 10504

**Secured Creditor**
PNC Leasing
Attn: Chief Operating Officer
620 Liberty Avenue-13th Floor
Pittsburgh, PA 15222

8

**Secured Creditor**
CitiCapital (f/k/a Copelco Capital)
Attn: Chief Operating Officer
1800 Overcenter Drive
Moberly, MO 65270
Attention: Libby Sullivan

**Secured Creditor**
First Union National Bank
Attn: Chief Operating Officer
370 Scotch Road
West Trenton, 08628

**Secured Creditor**
MCI Worldcom Communications
Attn: Chief Operating Officer
165 Halsey Street
Newark, NJ 07102

**Secured Creditor**
Pitney Bowes Credit Corp.
Attn: Chief Operating Officer
2225 American Drive
Neenah, WI 54956-1005

**Secured Creditor**
Martin Leasing Co.
Attn: Chief Operating Officer
124 Caither Drive
Mt. Laurel, NJ 08054

**Secured Creditor**
Arbor Material Handling Inc.
Raymond Leasing
Attn: Chief Operating Officer
20 South Canal Street
Greene, NY 13778

**Secured Creditor**
IBM Credit Corp.
Attn: Chief Operating Officer
1 New Orchard Road
Armonk, NY 10504

**Secured Creditor**
Associates Leasing Inc. GE Credit Corp.
Attn: Chief Operating Officer
555 Dr. Frederick Philips Blvd.
St. Laurent QC Canada H4M 2X4

**Counsel to Texas Comptroller of Public Accounts**
John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 787110-2548

**Deputy Attorney General**
Gary W. Wolf, II, Esq.
Andrew Reese, Esq.
Deputy Attorney General
NJ Attorney General's Office, Div. of Law
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, NJ 08625

**U.S. Attorney Office**
United States Attorney
970 Broad Street, 5th Floor
Newark, NJ 07102
Attn: General Counsel

**Internal Revenue Service**
Internal Revenue Service
Attn: Insolvency Department
31 Hopkins Plaza, Rm. 1150
Baltimore, MD 21202

**Securities & Exchange Commission**
Patricia Schrage
Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC 20020

**Pension Benefit Guaranty Corporation**
Pension Benefit Guaranty Corporation
Attn: Office of the General Counsel
Attn: Merrill D. Boone, Esq.
1200 K. Street, N.W., Suite 340
Washington, DC 20005

**Environmental Protection Agency**
Environmental Protection Agency
Attn: Insolvency Department
290 Broadway

**Agent for Bureau of Employer Tax Operations (BETO), Dept. of Labor & Industry,**
**Commonwealth of PA**
Dolores Geesaman
Manager, Commonwealth of PA
Department of Labor and Industry
Harrisburg Bankruptcy & Compliance
1171 S. Cameron St., Rm. 312
Harrisburg, PA 17104-2513
New York, NY 10007-1866